UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Perry Pierce
_____
(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Karen Thomas; A. Welder
_____
_____
_____
_____
(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

FILED - GR
December 8, 2022 11:51 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /2-8

1:22-cv-1167
Ray Kent
U.S. Magistrate Judge

## COMPLAINT
*(Print Clearly)*

I.  **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   
   US District Court Grand Rapids, MI 49503

   2. Is the action still pending?   Yes ☒   No ☐

      a. If your answer was no, state precisely how the action was resolved: _____
      _____

   3. Did you appeal the decision?   Yes ☐   No ☐
   4. Is the appeal still pending?   Yes ☐   No ☐

      a. If not pending, what was the decision on appeal? _____
      _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☒

      a. If so, explain: _____
      _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Perry Pierce**

Place of Present Confinement **Berrien County Jail**

Address **919 Port Street, St. Joseph, MI 49085**

Place of Confinement During Events Described in Complaint **Berrien County Jail**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Karen Thomas**

Position or Title **Head Nurse**

Place of Employment **Berrien County Jail**

Address **919 Port Street, St. Joseph, MI 49085**

Official and/or personal capacity? **Official & Personal**

Name of Defendant #2 **A. Welder**

Position or Title **Nurse**

Place of Employment **Berrien County Jail**

Address **919 Port Street, St. Joseph, MI 49085**

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

Introduction: On 11, 20, 2022 Around 7:30AM I Complained to Nurse A. Welder that I was having severe pain in my left side lower region I explained to her it was the same kind of severe pain I had when I had Kidney stones last year. Nurse Welder refuse to do anything for me, thus having me suffer severe pain for 4 hrs Refusing to do anything until I started throwing up that when she decided to send me to the Hospital where it was confirm that I did have Kidney stones. Nurse K. Thomas and Nurse A. Welder Action & Inactions shows a deliberate indifference to my serious medical Need, their Actions & Inactions has placed my Welbeing endanger, And I'm in fear of my life while incarcerated here at Berrien County Jail.

1.) On 11, 20, 2022 I told the Nurse A. Welder that I was having severe pain in my lower left side, which was the same kind of pain I had when I had Kidney stones last year.

2.) Nurse A. Welder Called me down to the Nursing station About A hour And A half After I Complained to her About my pain. She took

My Vital Signs And told me theres Nothing wrong with your Vital Signs, I told her there will be Nothing wrong with My Vital Signs My Pain is in My lower left side And going down to My Penis.

3.) Nurse A. Welder told me she wanted me to Pee in A Cup, I explain to her that I Couldn't Pee, the officer said that they would have to do A Catherer which would be stuck in my Penis. I told Nurse Welder to go Ahead And do the Catherer Proceedure because I Couldn't pee, she said see wasn't going to do that And sent me back to My dorm with the Cup to Pee in stating, she Couldn't do Nothing to help me. And even if I Could Pee in the Cup she would have had to send it out to get tested which would have taken hours, thus shows that I would have been going through severe Pain for hours And she didn't give me No Pain Medication for the severe Pain I was suffering through.

4.) On 11, 20, 2022 After Complaining to Nurse Welder And I Couldn't Pee in the Cup the officer Came to my dorm And told me to Pack up my Property And Moved Me downstairs to the holding tank, this was After About 2½ hours After I Complained to Nurse Welder About my Pain. I was placed in the holding tank Around drunks And inmates who was going through with drawals

I was told I was placed in the Holding tank so I can be observed

5.) On 11-20-2022 After being in the Holding tank For About 2hrs I started throwing up because the pain was so severe, the Inmates Pressed the Call button And told the officer that I Needed Medical Attention, Nurse Welder didn't Come see me until 40mins later. When Nurse A. Welder seen that I had throwed up she told the officer that she had to send me out to the hospital Now, this was 4hrs after I had Complain to her About having severe Pain

6.) On 11-20-2022 when I Arrived At the Hospital (Specturm / Lakeland hospital) the Nurse said Nurse A. Welder told them I was having gallbalder Problems when the Nurse At the Hospital to Ask me where was I having my pain At I told her I told Nurse A. Welder that it was on my lower left side, At it was the same Kind of Pain, I had last year when I Came to the Hospital last year, And was dia Nose with Kidney stones. The Nurse At the Hospital told Me well Nurse Welder misim formed us because if the pain is on your left side it Can't be your gallbalder because your gallbalder is on your right side, this show Nurse A. Welder Unproffessionalism.

7.) ON 11-20-2022 the Doctor at the hospital told Me the he was sorry that I had to go through that Much Pain for so long he stated that they should have been brought Me over there. He said that the Cat Scan shows that I had Kidney stones and that I had A Mass on My Kidney that they think My be Cancerious

8.) ON 11-20-2022, When I was being released From the Hospital the Nurse gave me A strainer And A bio hazard bag And told Me that when I Pee Pee in the strainer to catch the Kidney stone And then Place the Kidney stone in the bio harzard bag And give the bag to the Nurse at the Jail so that they can Send it back to the hospital so that they can test they Kidney stone, to see whats in my diet that keep causing me to have Kidney stones. The Nurse at the Hospital said, she is send the order back to the Jail house Nurse explaining to her the same instructions.

9.) ON 11-20-2022 I pee put the Kidney stone And gave it back to Nurse A. Welder

10.) ON 11-22-2022 When Nurse Welder made her rounds to pass out Medication I asked her did she send the Kidney stone back to the hospital to get tested, she said she through threw the Kidney stone away because Nurse

Karen Thomas the head Nurse said they don't do that here.

11.) ON 11-23-2022 After writing A Complaint on Nurse Welder For throwing Away the Kidney stone, Nurse Karen Thomas Come to see me, I Asked her way she told Nurse Welder to throw Away the Kidney stone because thats the only way they Can tell And Prevent me from having the Kidney stones Again And what was the reason For the Nurse At the Hospital giving me the strainer if they was Just going to throw it Away At the Jail. Nurse Karen Thomas said they threw it Away, because the Hospital didn't tell them to send it back to get tested, Even if this is so Nurse Karen Thomas being the Head Nurse, should Know that the Kidney stone should be tested to Further Prevent me from Suffering from Severe Pain From Kidney stones in the future.

In conculsion: Nuse Karen Thomas And Nurse A. Welder Action And inActions shows A substantial lack of Concern For My serious Medical Needs And there Unprofessionyalism Concerning my medical Need Violates the 14th Amendment And 15th. I seriously believe that My Welbeing is IN serious ~~Jepo~~ Jeopardy As long As I'm here At the Berrien County Jail exspecially Now that I may have Cancer And that the Nuses here ARe Inadequate.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I want each defendant to be fine 50,000 for violating my Constitutional Rights and I want punitive damages in the amount of 50,000 for making me suffer severe physical pain. Also I want the court to move me to another facility so that I can get my medical needs properly addressed.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[☒] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

11-29-22
**Date**

*D. Pierce*
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Perry Pierce
Berrien County Jail
919 Port Street
St. Joseph, MI 49085

To: Cle
US
399
110 M
Gran



-K of The Court
District Court
Federal Building
Michigan St. NW
Rapids, MI 49503